**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-21049**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ALTON DANE HUDNALL,**

**Defendant-Appellant.**

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(H-97-CR-262-3)**

**May 14, 2001**

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District
Judge.

PER CURIAM:[2]

Having considered the briefs and pertinent parts of the
record, and the arguments of counsel, the district court did *not*
abuse its discretion regarding the submission of the evidence at
issue nor did it clearly err in enhancing the sentence for abuse of

[1]    District Judge of the Eastern District of Louisiana,
sitting by designation.

[2]    Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should *not* be published and is *not* precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a position of trust pursuant to § 3B1.3 of the Sentencing Guidelines.

**_AFFIRMED_**